1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**
9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11  SAMUEL LATU,                             No.  2:20-CV-1518-WBS-DMC-P
12              Plaintiff,
13        v.                                 ORDER
14  R. McFADDEN, et al.,
15              Defendants.
16
17         Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42
18  U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern
19  District of California local rules.
20         On November 23, 2020, the Magistrate Judge filed findings and recommendations
21  herein which were served on the parties and which contained notice that the parties may file
22  objections within the time specified therein. No objections to the findings and recommendations
23  have been filed.
24         The Court has reviewed the file and finds the findings and recommendations to be
25  supported by the record and the Magistrate Judge's analysis.
26  / / /
27  / / /
28  / / /

1

1           Accordingly, IT IS HEREBY ORDERED that:

2              1.    The findings and recommendations filed November 23, 2020, are adopted

3 in full; and

4              2.    Plaintiff's motion for injunctive relief (ECF No. 3) is denied.

5 Dated:  January 14, 2021

6                           WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE