1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**
9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11 | SAMUEL LATU,                    No. 2:20-CV-1518-WBS-DMC-P

12 |         Plaintiff,

13 |     v.                          <u>ORDER</u>

14 | McFADDEN, et al.,

15 |         Defendants.

16

17        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18 42 U.S.C. § 1983.

19        On September 16, 2021, Plaintiff filed his second amended complaint without

20 signing it. ECF No. 28, pgs. 3, 9, and 20. The Federal Rules of Civil Procedure provides:

21 > Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if
22 > the party is unrepresented. . . . The court must strike an unsigned paper unless the omission is promptly corrected after being called to the
23 > attorney's or party's attention.

24        Fed. R. Civ. P. 11(a); <u>see</u> <u>also</u> Local Rule 131(b).

25 / / /

26 / / /

27 / / /

28 / / /

1

1      Because Plaintiff did not sign his second amended complaint, it is stricken.
2 Plaintiff is directed to file a signed second amended complaint within 30 days of the date of this
3 order.
4      IT IS SO ORDERED.

6 Dated:  December 1, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE