IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SAMUEL LATU,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>S. JACKSON, et al.,<br><br>　　　　　　　　　Defendants, | 2:20-cv-01518-WBS-DMC-P<br><br>**ORDER** |

　　Upon due consideration, good cause appearing, the Court **GRANTS** Defendants' motion to opt out of the Court's Post-Screening ADR.  The Court lifts the previously imposed stay of this action.  The stay of proceedings imposed on November 1, 2023, is lifted.  The Court will issue a separate Discovery and Scheduling Order.

　　**IT IS SO ORDERED**.
Dated:  December 4, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE