1

2

3

4

5

6

7

8                     **IN THE UNITED STATES DISTRICT COURT**

9                     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   SAMUEL LATU,                              No.  2:20-CV-1518-WBS-DMC-P

12              Plaintiff,

13        v.                                   ORDER

14   B. HOLMES, et al.,

15              Defendants.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.   The matter was referred to a United States Magistrate Judge pursuant to

19   Eastern District of California local rules.

20              On September 18, 2025, the Magistrate Judge filed findings and recommendations

21   herein which were served on the parties and which contained notice that the parties may file

22   objections within the time specified therein.  No objections to the findings and recommendations

23   have been filed.

24              The Court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and the Magistrate Judge's analysis.

26   / / /

27   / / /

28   / / /

                                              1

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed September 18, 2025, ECF No. 61, are adopted in full; and

2.      Defendants' unopposed motion for summary judgment, ECF No. 51, is granted.

3.      The Clerk of the Court is directed to enter judgment and close this file.

Dated:  November 19, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2